BENJAMIN E. TILTON, as Trustee of New York State Railways, Respondent, *v.* CITY OF UTICA et al., Appellants.

Submitted July 19, 1945; decided October 4, 1945.

*Leo O. Coupe, Corporation Counsel,* for motion.
*Russell G. Dunmore, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution